UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| LARUE LYDELL ZAMORANO AND BRITTANI ZAMORANO, | ) ) ) | NO. EDCV 08-00953 DDP (SS) |
| Plaintiffs, | ) ) | **ORDER ADOPTING FINDINGS,** |
| v. | ) ) | **CONCLUSIONS, AND RECOMMENDATIONS OF** |
| SUPERIOR COURT OF THE STATES OF CALIFORNIA, et al., | ) ) ) | **UNITED STATES MAGISTRATE JUDGE** |
| Defendants. | ) ) | |

   Pursuant to 28 U.S.C. § 636, the Court has reviewed the Second Amended Complaint, all the records and files herein and the Report and Recommendation of the United States Magistrate Judge. The time for filing Objections to the Report and Recommendation has passed and no Objections have been received. Accordingly, the Court accepts and adopts the findings, conclusions and recommendations of the Magistrate Judge.

\\

\\

\\

\\

1   **IT IS ORDERED** that Judgment shall be entered dismissing this action without prejudice.

**IT IS FURTHER ORDERED** that the Clerk serve copies of this Order and the Judgment herein on Plaintiffs.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

DATED: March 12, 2009

_____
DEAN D. PREGERSON
UNITED STATES DISTRICT JUDGE