**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| LARUE LYDELL ZAMORANO AND BRITTANI ZAMORANO,<br><br>                    Plaintiffs,<br><br>          v.<br><br>SUPERIOR COURT OF THE STATE OF CALIFORNIA,<br>                    Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | NO. EDCV 08-00953 DDP (SS)<br><br>          **JUDGMENT** |

     Pursuant to the Court's Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

     IT IS HEREBY ADJUDGED that the above-captioned action is dismissed without prejudice.

     DATED: March 12, 2009

                                        _____
                                        DEAN D. PREGERSON
                                        UNITED STATES DISTRICT JUDGE